

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Devon Ray Davis, Appellant

No. 06-15-00032-CR     v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 22886). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the assessment of $2,337.00 in attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Devon Ray Davis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 4, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk